# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Lynn Sobiech<br>                    Debtor | BK NO. 16-02877 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Colonial Savings, N.A. as Servicer for CU Members Mortgage a division of Colonial Savings, F.A., and index same on the master mailing list.

Re: Loan # Ending In: 1162

                                                        Respectfully submitted,

                                                     **/s/ Joshua I. Goldman , Esquire**
                                                      Joshua I. Goldman, Esquire
                                                      Thomas Puleo, Esquire
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 825-6306  FAX (215) 825-6406
                                                      Attorney for Movant/Applicant