Certificate Number: 01267-PAM-DE-028179325

Bankruptcy Case Number: 16-02877



01267-PAM-DE-028179325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2016, at 3:53 o'clock PM CDT, Angela L Sobiech completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 8, 2016

By: /s/Cristina Gonzalez

Name: Cristina Gonzalez

Title: Counselor